IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN WOODSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 25-cv-01748 |
| | § | |
| CITY OF DALLAS, et al., | § | |
| | § | |
| Defendants. | § | |

**CERTIFICATE OF INTERESTED PERSONS**

TO THE HONORABLE COURT:

Pursuant to Rule LR 7.4 of the Local Civil Rules of the United States District Court for the Northern District of Texas, Defendant City of Dallas, Texas, files the following Certificate of Interested Persons. The undersigned, on behalf of the Defendant, certifies that the following listed persons and entities have an interest in the outcome of this case.

1. Ryan Woodson, named Plaintiff.

2. City of Dallas, a Texas home-rule municipality and a named Defendant.

3. Dallas Police Department

4. J. Cheves Ligon, Senior Assistant City Attorney, Dallas City Attorney's Office, lead counsel to be noticed for the Defendants.

5. Katherine Wooodson, named Defendant.

6. Gayle Morris, named Defendant.

7. Marielle Lemasters, named Defendant.

8. Edgardo Garcia, named Defendant.

9. Amazon Services, LLC.

10. Victoria Forson Victoria Forson, Susi Goebel, with K&L Gates, LLP, counsel for Amazon Services, LLC.

11. Marriot International, Inc.

12. J. Kevin Carey and James Carey, Jr., Carey Law Firm, PLLC, counsel for Marriot International, Inc.

13. BDT Capital Partners

14. Dean Court Smith, Plunk Smith, PLLC, counsel for BDT Capital Partners

15. SNL Associates, Inc.

        Respectfully submitted,
        CITY ATTORNEY OF THE CITY OF DALLAS

        Tammy L. Palomino
        City Attorney

        */s/ J.Cheves Ligon*
        J. Cheves Ligon
        Senior Assistant City Attorney
        State Bar No. 24111401
        Email: John.Ligon@Dallas.gov

        Dallas City Attorney's Office
        1500 Marilla Street, Room 7D North
        Dallas, Texas 75201
        Telephone: 214-670-1236
        Telecopier: 214-670-0622

        **ATTORNEYS FOR DEFENDANT**
        **CITY OF DALLAS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 7, 2025, a true and correct copy of the foregoing document was served upon Plaintiff Ellis via email which is the email address Mr. Woodson provided in the contact information listed in his Original Petition.

      */s/ J.Cheves Ligon*
      Senior Assistant City Attorney

3