3:25-cv-1748

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE - ROOM 1452
DALLAS, TX 75242-1310

OFFICIAL BUSINESS

Ryan Woodson
10749 Sandpiper Ln
Dallas, TX 75230

RECEIVED
JUL 31 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

NIXIE   750 FE 1   0007/28/25
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 7524213l052        *0934-00237-11-44

FIRST-CLASS



US POSTAGE — PITNEY BOWES
ZIP 75242
02 7H
0006182890
$ 000.69⁰
JUL 09 2025

```
Ryan  Woodson
10749 Sandpiper Ln
Dallas, TX 75230
```

------------------------------------------------------

United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

Chambers of                                                                                         214/753-2400
U.S. Magistrate Judge David L. Horan

July 8, 2025

Karen Mitchell, Clerk
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

      Re:    No. 3:25-cv-01748-G-BN, *Woodson v. City of Dallas et al.*

Dear Ms. Mitchell:

    Pursuant to the provisions of 28 U.S.C. § 455, I would appreciate it if you would please reassign the above-referenced case going forward to another magistrate judge for matters that are or may be referred in accordance with the usual procedure.

                                           Sincerely,

                                           David L. Horan