IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN WOODSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY WOODSON, an individual; KATHERINE WOODSON, an individual; GAYLE MORRIS, an individual; CITY OF DALLAS; DALLAS POLICE DEPARTMENT; MARIELLE LEMASTERS, an individual; WILLIAM LEMASTERS, an individual; DAVID LEE, an individual; EDGARDO GARCIA; DARYL BARCLAY; AMAZON SERVICES LLC; MARRIOTT INTERNATIONAL, INC.; SNL ASSOCIATES, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§ | NO. 3:25-cv-01748-G-BT |

**DEFENDANT AMAZON.COM SERVICES LLC'S
PROPOSED SCHEDULING ORDER**

Pursuant to the Court's Order of February 12, 2026 (ECF No. 25) and subject to the Magistrate's recommendation of dismissal of this Defendant, Defendant Amazon.com Services LLC[1] ("Amazon") submits the following Proposed Scheduling Order.

---

[1] Amazon.com Services LLC is improperly named in the Complaint as "Amazon Services LLC."

## **PROPOSED SCHEDULING ORDER**

(a) Deadline for Joinder of Parties: **May 1, 2026.**

(b) Deadline to Amend Pleadings without Leave of Court: **July 1, 2026.**

(c) Designation of Experts—for the Party with the burden of proof on the issue subject to such expert designation: **September 15, 2026.**

(d) Responsive Designation of Experts—for the Party without the burden of proof on the issue subject to such expert designation: **October 15, 2026.**

(e) Deadline for the Completion of Discovery: **December 1, 2026.**

(f) Deadline for the Completion of Mediation: The Parties shall mediate this case no later than 21 days prior to the Court's trial setting. Amazon is agreeable to mediating this matter subject to all other parties' agreement to the same.

(g) Dispositive Motions: All dispositive motions, including motions for summary judgment, must be filed 90 days prior to the Court's trial setting.

(h) Rule 16 Status Conference: Amazon respectfully requests that the Court set this matter for a Rule 16 status conference 90 days after entry of the Court's scheduling order.

Dated: March 5, 2026

Respectfully submitted,

**K&L GATES LLP**

*/s/ Victoria Forson*
Victoria Forson
State Bar No. 24118212
Victoria.Forson@klgates.com
Suzi R. Goebel
State Bar No. 24142942
Suzi.Goebel@klgates.com
2828 N. Harwood Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 939-4958
Facsimile: (214) 939-5849

**ATTORNEYS FOR DEFENDANT
AMAZON.COM SERVICES LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served on all counsel of record via the Court's ECF system on this the 5th day of March 2026.

*/s/ Victoria Forson*
Victoria Forson