IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN WOODSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:25-CV-1748-G-BT |
| CITY OF DALLAS, ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*] in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.

Accordingly, the plaintiff's claims against the defendants (1) Marriott International, Inc., (2) Amazon.com Services LLC, improperly named Amazon Services LLC, (3) BDT Capital Partners LLC, (4) Jeffrey Woodson, (5) Katherine Woodson, (6) Gayle Morris, (7) Marielle Lemasters, (8) William Lemasters,

---

[*] No objections were filed.

(9) Edgardo Garcia, (10) Daryl Barclay, (11) David Lee, and (12) SNL Associates are

**DISMISSED WITH PREJUDICE**.

    **SO ORDERED**.

March 13, 2026.

                                        */s/ A. Joe Fish*
                                        **A. JOE FISH**
                                        **Senior United States District Judge**