IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN WOODSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:25-CV-1748-G-BT |
| CITY OF DALLAS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*] in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court. Additionally, for the same reasons set forth in the Findings and Conclusions, the undersigned District Judge determines that the plaintiff's claims against the defendant Dallas Police Department should also be dismissed due to the plaintiff's failure to prosecute and follow court orders.

---

[*] No objections were filed.

Accordingly, the plaintiff's claims against the defendants City of Dallas and

Dallas Police Department are **DISMISSED WITHOUT PREJUDICE** for failure to

prosecute.  FED. R. CIV. P. 41(b).

**SO ORDERED**.

June 30, 2026.

_____
**A. JOE FISH**
**Senior United States District Judge**